IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00562-AP

Allen H. Luck,

    Plaintiff,

v.

Carolyn W. Colvin, Acting Commissioner of Social Security

    Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Frederick W. Newell, Esq.
703 N. Weber, #101
Colorado Springs, CO 80903
(719) 633-5211
fnewall@qwestoffice.net

For Defendant:

| | |
|---|---|
| John F. Walsh<br>United States Attorney<br><br>J. Benedict García<br>Assistant United States Attorney | Michael A. Thomas<br>Special Assistant United States Attorney<br>Social Security Administration<br>Office of the General Counsel, Region VIII<br>1001 17th St.<br>Denver, CO 80202<br>(303) 844-1190<br>Michael.A.Thomas@ssa.gov |

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

    **A.    Date Complaint Was Filed: March 4, 2013**

    **B.    Date Complaint Was Served on U.S. Attorney's Office: April 9, 2013**

    **C.    Date Answer and Administrative Record Were Filed: June 10, 2013**

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

**7.    OTHER MATTERS**

The parties have no other matters to bring to the attention of the Court.

**8.    BRIEFING SCHEDULE**

Due to Defendant's counsel's caseload and schedule, as well as Plaintiff's counsel's schedule, the parties request a briefing schedule outside the standard time frame.

    **A.    Plaintiff's Opening Brief Due: August 22, 2013**

    **B.    Defendant's Response Brief Due: September 23, 2013**

    **C.    Plaintiff's Reply Brief (If Any) Due: October 8, 2013**

**9.    STATEMENTS REGARDING ORAL ARGUMENT**

    **A.    Plaintiff's Statement: Plaintiff does not request oral argument.**

    **B.    Defendant's Statement: Defendant does not request oral argument.**

**10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

A.  ( )    All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

B.  ( X )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 26th day of <u>June</u>, 20<u>13.</u>

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE


APPROVED:                                       UNITED STATES ATTORNEY

/s/Frederick W. Newall                          /s/Michael A. Thomas

Frederick W. Newall                             By: Michael A. Thomas
730 N. Weber, #101                              Special Assistant United States Attorney
Colorado Springs, CO 80903                      Social Security Administration
Telephone: (719) 633-5211                       Office of the General Counsel, Region VIII
fnewall@qwestoffice.net                         1001 17th St.
Attorney(s) for Plaintiff                       Denver, CO 80202
                                                Telephone: (303) 844-1190
                                                Michael.A.Thomas@ssa.gov

- 3 -