**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.   13-cv-00562-WJM

ALLEN H. LUCK,

    Plaintiff,

v.

CAROLYN C. COLVIN, Commissioner of Social Security,

    Defendant.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Affirming Administrative Law Judge's Decision, entered by the Honorable William J. Martínez, United States District Judge, on May 23, 2014,

IT IS ORDERED that the Commissioner's denial of benefits prior to October 1, 2010 is AFFIRMED.

IT IS FURTHER ORDERED that Final Judgment is entered in favor of Defendant and against the Plaintiff and the action and complaint are dismissed.   Each party shall pay his or her own costs.

Dated at Denver, Colorado this   27th   day of May 2014.

                                              BY THE COURT:
                                              JEFFREY P. COLWELL, CLERK

                                              By:   s\Deborah Hansen
                                              Deborah Hansen, Deputy Clerk